UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ROSE MCCORMICK

                Plaintiff,                      07 CIVIL 7893 (JSR)

       -against-                             **JUDGMENT**

ALPHONSO R JACKSON, Sec.of US Dept.
Of Housing and Urban Development,
                Defendant.
------------------------------------------------------------X

       Defendant having moved for a dismissal of the complaint pursuant to F. R. Civ. P. 12(b)(1),(6),and 28 USC 1915(e)(2)(b), and the matter having come before the Honorable Jed S Rakoff, United States District Judge, and the Court, on Aug 20, 2008, having rendered its Memorandum Order granting defendant's motion for dismissal and directing the Clerk to enter judgment, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Order, dated Aug 20, 2008, defendant's motion for dismissal of the complaint is granted and the case is closed.

**Dated:** New York, New York
        August 22, 2008

                                                  **J. MICHAEL McMAHON**
                                                       Clerk of Court
                                      BY:
                                                         Deputy Clerk

**DOCKETED AS A JUDGMENT**